IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JANIE LIVINGSTON and
TERESA BARNES                                                                                PLAINTIFFS

v.                                  Case No. 5:17-cv-00246 KGB

PROGRESSIVE ELDERCARE
SERVICES-CLEVELAND, INC.
d/b/a THE GREENHOUSE COTTAGES
OF SOUTHERN HILLS                                                                       DEFENDANT

## ORDER

Plaintiffs Janie Livingston and Teresa Barnes have filed a notice of voluntary dismissal pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure (Dkt. No. 9). Accordingly, the Court dismisses without prejudice Ms. Livingston and Ms. Barnes' claims.

So ordered this the 15th day of December, 2017.

Kristine G. Baker
United States District Judge